IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO, CALIFORNIA

FILED

07 DEC 14  AM 9: 05

R. CHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


**RODNEY MARTIN**

**Plaintiff,**

**vs.**

**D. ANDREW BYRNE
ET AL**

**Defendants.**

**CASE NO: CV 07-5747**


## MOTION FOR LEAVE FOR ELECTRONIC FILING

1. Rodney Martin, Pro Se, respectfully files this court grant electronic filing privileges for this case.

2. Rodney Martin has been noticed by the Clerk that this case has been designated for E-Filing.

3. It would be in the interest of judicial economy due to the complexities of this case and the number of defendants for the court to grant e-filing.

4. Rodney Martin, while proceeding Pro Se in this matter, is a professional government administrator with extensive experience with the federal court system.

5. Rodney Martin cannot register for e-filing as per instructions provided by the Clerk without approval of this motion, which must be submitted.

6. The court is advised that the Clerks Notice of E-Filing Designation has been served to all Defendants with the Complaint and Summons in the matter, so as to afford each Defendant the opportunity to request E-Filing as well.

In consideration of the aforementioned, Rodney Martin hereby requests this honorable court grant e-filing privileges in the interest of judicial economy.

Respectfully submitted,

12-3-07

Rodney Martin

P.O. Box 1591

El Cerrito, Ca  94530