ARLO H. SMITH #96971
66 San Fernando Way
San Francisco, CA 94127
(415) 681-9572

Attorney for  Matthew D. Sawyer

       U.S. District Court, Northern District of California

| | |
|---|---|
| Rodney Martin et al. | NO. CV 07-05747 EMC |
| Plaintiffs | **CONSENT TO PROCEED BEFORE MAGISTRATE** |
| vs. | |
| D. Andrew Byrne, et al., | |
| Defendants | |

_____

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

    DATED: 12/19/07                        /s/
                                                 _____
                                                 ARLO H. SMITH , Attorney for Matthew D. Sawyer