ARLO H. SMITH #96971
66 San Fernando Way
San Francisco, CA 94127
(415) 681-9572

Attorney for Matthew D. Sawyer

U.S. District Court, Northern District of California

| Rodney Martin et al. | NO. CV 07-05747 EMC |
|---|---|
| Plaintiffs | **PROOF OF SERVICE** |
| vs. | |
| | Hearing: Jan. 23, 2008 |
| | 10:30 AM |
| D. Andrew Byrne, et al., | Courtroom C |
| | Magistrate Chen |
| Defendants | |

_____

PROOF OF SERVICE

I, the undersigned, declare: I am over 18 years of age, and not a party to this action. On the date indicated below, I caused a true and correct copy of the documents described below to be mailed to plaintiff in pro se at his address of record:

Rodney Martin
P.O. Box 1591
El Cerrito, CA 94530


Documents served by Mail:


      NOTICE OF MOTION TO DISMISS

      MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

1       CONSENT TO PROCEED BEFORE MAGISTRATE

I declare under penalty of perjury the foregoing is true and correct.

DATED: 12/19/07

_____
ARLO H. SMITH , Attorney for Matthew D. Sawyer