ARLO H. SMITH #96971
66 San Fernando Way
San Francisco, CA 94127
(415) 681-9572

Attorney for Matthew D. Sawyer,
Beverly Kennedy
Ruben Hernandez, Jr.
R.I. Refrigeration Supply Co., Inc.

U.S. District Court, Northern District of California

Rodney Martin et al.

Plaintiffs

vs.

D. Andrew Byrne, et al.,

Defendants

NO. CV 07-05747 EMC

**JOINDER IN MOTION TO DISMISS**

**[FRCP 12(b)(1), (2), (3) & (6)]**

Hearing: Jan. 23, 2008
10:30 AM
Courtroom C
Magistrate Chen

Defendants Beverly Kennedy, Ruben Hernandez, Jr., and R.I. Refrigeration Supply Co., Inc. hereby join in the Motion To Dismiss previously filed by Matthew D. Sawyer and set for hearing on the above date.

DATED: 12/20/07

/s/

ARLO H. SMITH , Attorney for Matthew D. Sawyer, Beverly Kennedy, Ruben Hernandez, Jr., R.I. Refrigeration Supply Co., Inc.

ARLO H. SMITH #96971
66 San Fernando Way
San Francisco, CA 94127
(415) 681-9572

Attorney for Matthew D. Sawyer
Beverly Kennedy
Ruben Hernandez, Jr.
R.I. Refrigeration Supply Co., Inc.

U.S. District Court, Northern District of California

| | |
|---|---|
| Rodney Martin et al. | NO. CV 07-05747 EMC |
| Plaintiffs | **PROOF OF SERVICE** |
| vs. | |
| | Hearing: Jan. 23, 2008<br>10:30 AM<br>Courtroom C<br>Magistrate Chen |
| D. Andrew Byrne, et al., | |
| Defendants | |

PROOF OF SERVICE

I, the undersigned, declare: I am over 18 years of age, and not a party to this action. On the date indicated below, I caused a true and correct copy of the documents described below to be mailed to plaintiff in pro se at his address of record:

Rodney Martin
P.O. Box 1591
El Cerrito, CA 94530

Documents served by Mail:

JOINDER IN MOTION TO DISMISS

CONSENT TO PROCEED BEFORE MAGISTRATE

I declare under penalty of perjury the foregoing is true and correct.

DATED: 12/20/07

_______________________________

ARLO H. SMITH , Attorney for Matthew D. Sawyer, Defendants Beverly Kennedy, Ruben Hernandez, Jr., R.I. Refrigeration Supply Co., Inc.