ARLO H. SMITH #96971
66 San Fernando Way
San Francisco, CA 94127
(415) 681-9572

Attorney for  Matthew D. Sawyer
Beverly Kennedy
Ruben Hernandez, Jr.
R.I. Refrigeration Supply Co., Inc.

        U.S. District Court, Northern District of California

| | |
|---|---|
| Rodney Martin et al. | NO. CV 07-05747 EMC |
| Plaintiffs | **CONSENT TO PROCEED BEFORE MAGISTRATE** |
| vs. | |
| D. Andrew Byrne, et al., | |
| Defendants | |

_____

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: 12/20/07                              /s/
                                              _____
                                              ARLO H. SMITH , Attorney for Defendants
                                              Beverly Kennedy, Ruben Hernandez, Jr., R.I.
                                              Refrigeration Supply Co., Inc.