ARLO H. SMITH #96971
66 San Fernando Way
San Francisco, CA 94127
(415) 681-9572

Attorney for Matthew D. Sawyer,
Beverly Kennedy
Ruben Hernandez, Jr.
R.I. Refrigeration Supply Co., Inc.
Janele Skinner-Weill, Winan' Wichapi
To, Inc., Theodore C. Weill,
Terry P. Weill
Universal Wearparts, Inc.

U.S. District Court, Northern District of California

| | |
|---|---|
| Rodney Martin et al. | NO. CV 07-05747 EMC |
| Plaintiffs | **JOINDER IN MOTION TO DISMISS** |
| vs. | |
| | [FRCP 12(b)(1), (2), (3) & (6)] |
| D. Andrew Byrne, et al., | Hearing: Jan. 23, 2008 |
| Defendants | 10:30 AM |
| _____ | Courtroom C |
| | Magistrate Chen |

Defendants Janele Skinner-Weill, Winan' Wichapi To, Inc., Theodore C. Weill, Terry P. Weill, and Universal Wearparts, Inc., hereby join in the Motion To Dismiss previously filed by Matthew D. Sawyer and set for hearing on the above date.

DATED: 12/26/07                              /s/
                                             _____
                                             ARLO H. SMITH , Attorney for Matthew D. Sawyer, Beverly Kennedy, Ruben Hernandez, Jr., R.I. Refrigeration Supply Co., Inc., Janele Skinner-Weill, Winan' Wichapi To, Inc., Theodore C. Weill, Terry P. Weill, Universal Wearparts, Inc.

1  ARLO H. SMITH #96971
2  66 San Fernando Way
3  San Francisco, CA 94127
4  (415) 681-9572
5
6  Attorney for  Matthew D. Sawyer
7  Beverly Kennedy
8  Ruben Hernandez, Jr.
9  R.I. Refrigeration Supply Co., Inc.
10 Janele Skinner-Weill,  Winan'
11 Wichapi To, Inc., Theodore C. Weill,
12 Terry P. Weill, Universal Wearparts, Inc.
13
14           U.S. District Court, Northern District of California
15
16 Rodney Martin et al.                    NO. CV 07-05747 EMC
17
18         Plaintiffs                     **PROOF OF SERVICE**
19 vs.
20                                         Hearing: Jan. 23, 2008
21                                                  10:30 AM
22 D. Andrew Byrne, et al.,                         Courtroom C
23                                                  Magistrate Chen
24       Defendants
25 _____
26
27
28                    PROOF OF SERVICE
29
30
31       I, the undersigned, declare: I am over 18 years of age, and not a party to
32
33 this action.  On the date indicated below, I caused a true and correct copy  of the
34
35 documents described below  to be mailed to plaintiff in pro se at his
36
37 address of record:
38
39 Rodney Martin
40 P.O. Box 1591
41 El Cerrito, CA 94530
42
43
44 Documents served by Mail:
45
46
47         JOINDER IN MOTION TO DISMISS

1
2
3
4    CONSENT TO PROCEED BEFORE MAGISTRATE
5
6    I declare under penalty of perjury the foregoing is true and correct.
7
8    DATED: 12/26/07
9                                        _____
10                                       ARLO H. SMITH , Attorney for Matthew D.
11                                       Sawyer, Defendants Beverly Kennedy, Ruben
12                                       Hernandez, Jr., R.I. Refrigeration Supply Co.,
13                                       Inc., Janele Skinner-Weill,  Winan' Wichapi To,
14                                       Inc., Theodore C. Weill, Terry P. Weill,
15                                       Universal Wearparts, Inc.