```
1   ARLO H. SMITH #96971
2   66 San Fernando Way
3   San Francisco, CA 94127
4   (415) 681-9572
5
6   Attorney for  Matthew D. Sawyer
7   Beverly Kennedy
8   Ruben Hernandez, Jr.
9   R.I. Refrigeration Supply Co., Inc.
10  Janele Skinner-Weill, Winan' Wichapi
11  To, Inc., Theodore C. Weill,
12  Terry P. Weill
13  Universal Wearparts, Inc.
```

U.S. District Court, Northern District of California

| | |
|---|---|
| Rodney Martin et al. | NO. CV 07-05747 EMC |
| Plaintiffs | **CONSENT TO PROCEED BEFORE MAGISTRATE** |
| vs. | |
| D. Andrew Byrne, et al., | |
| Defendants | |

_____

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: 12/26/07                    /s/
                                   _____
                                   ARLO H. SMITH , Attorney for Defendants
                                   Janele Skinner-Weill,  Winan' Wichapi To, Inc.,
                                   Theodore C. Weill, Terry P. Weill, Universal
                                   Wearparts, Inc.