IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO, CALIFORNIA

FILED

07 DEC 26 PM 12: 05

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT


**RODNEY MARTIN**

**Plaintiff,**


**vs.**                                    **CASE NO: CV 07-5747**

**D. ANDREW BYRNE**
**ET AL**


**Defendants.**

_____/


## MOTION FOR DEFAULT JUDGMENT

1. Rodney Martin, Pro Se, respectfully moves for default judgment as to the

   following defendants in the aforementioned case

        Janelle Skinner-Weill

        Universal Wearparts

        Winan Wichapi, To Inc.

        Theodore Weill

2. All of the aforementioned defendants were duly served by process server;

   see Exhibit A, on 11-20-07 in person in accordance with Fed. R. Civ. P.

3. No reply has been provided within the requisite (20) day time period.



4. Accordingly, this Plaintiff, moves for default judgment in this matter as to these defendants who were duly served with Summons and copies of the complaint in this matter.

In consideration of the aforementioned, Rodney Martin hereby requests this honorable court grant this motion.

Respectfully submitted,

_Rodney Martin_    12-21-07

Rodney Martin

P.O. Box 1591

El Cerrito, Ca  94530

## EXHIBIT A

## SUMMONS

Janelle Skinner-Weill
Universal Wearparts
Winan Wichapi,to Inc
Theodore Weill

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11-20-07 |

Name of SERVER
Larisa Brazeale                    TITLE   Process Server

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: JANELLE SKINNER-WEILL
C/o HUSBAND TED WEILL
PAUL B. JOHNSON CHANCERY COURT
641 MAIN STREET, 2ND FLOOR LOBBY (ATTORNEY ROOM)
HATTIESBURG, MISSISSIPPI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES PROCESS SERVER | TOTAL |
|---|---|---|
| 2 MILES | $10.00 | $10.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11-20-07
                Date

Signature of Server
105 Barkley Rd
Hattiesburg MS. 39401
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

RODNEY MARTIN

### SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

D. ANDREW BYRNE, ET AL.

EMC

TO: (Name and address of defendant)

D. ANDREW BYRNE
666. 5TH AVENUE
NEW YORK, NY  10103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RODNEY MARTIN
PO BOX 1591
EL CERRITO, CA  94530

an answer to the complaint which is herewith served upon you, within ____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE_____

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11-20-07 |

| Name of SERVER | | TITLE |
|---|---|---|
| | Laura Boatwrite | Process Server |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: UNIVERSAL WEARPARTS
C/O TED WEILL - OWNER
PAUL B. JOHNSON CHANCERY COURT
641 MAIN STREET (2ND FLOOR L-001)(ATTORNEY ROOM)
HATTIESBURG, MISSISSIPPI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES PROCESS SERVER | TOTAL |
|---|---|---|
| 2 MILES | $10.00 | $10.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

11-20-07

Executed on   11-20-07

_____
Date

_____
Signature of Server    Laura Boatwrite
10S Barkley Rd
Hattiesburg MS. 39401

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

RODNEY MARTIN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

D. ANDREW BYRNE, ET AL.



TO: (Name and address of defendant)

D. ANDREW BYRNE
666. 5TH AVENUE
NEW YORK, NY  10103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RODNEY MARTIN
PO BOX 1591
EL CERRITO, CA  94530

an answer to the complaint which is herewith served upon you, within        days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 11-20-07 |
|---|---|
| Name of SERVER | |

Lajena Brazeale     TITLE  Process Server

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: WINAN WICHAPI TO, INC
C/O HUSBAND TED WEILL     J. SKINNER-WEILL
PAUL B JOHNSON CHANCERY COURT
641 MAIN STREET 2ND FLOOR LOBBY (ATTORNEY ROOM)
HATTIESBURG MISSISSIPPI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES PROCESS SERVER | TOTAL |
|---|---|---|
| 2 MILES | $10.00 | $10.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-20-07
             Date

Signature of Server
105 Bankley Rd
Hattiesburg MS 29401
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

RODNEY MARTIN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

D. ANDREW BYRNE, ET AL.

EMC

TO: (Name and address of defendant)

D. ANDREW BYRNE
666. 5TH AVENUE
NEW YORK, NY 10103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RODNEY MARTIN
PO BOX 1591
EL CERRITO, CA 94530

an answer to the complaint which is herewith served upon you, within    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11-20-07 |

| Name of SERVER | TITLE |
|---|---|
| Lajena Breazeale | Process Server |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: THEODORE "TED" WEILL
PAUL B. JOHNSON CHANCERY COURT
641 MAIN STREET
2ND FLOOR LOBBY (ATTORNEY ROOM)
HARRIESBURG, MISSISSIPPI 39401

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES PROCESS SERVING | TOTAL |
|---|---|---|
| 2 MILES | $10.00 | $10.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-20-07
            Date

_Lajena Breazeale_
Signature of Server
105 Barkley Rd
Hattiesburg, MS. 39401
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

RODNEY MARTIN

### SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

D. ANDREW BYRNE, ET AL.

EMC

TO: (Name and address of defendant)

D. ANDREW BYRNE
666. 5TH AVENUE
NEW YORK, NY 10103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RODNEY MARTIN
PO BOX 1591
EL CERRITO, CA 94530

an answer to the complaint which is herewith served upon you, within ____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE _____

_____
(BY) DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA CASE NO: CV 07-05747 EMC

### CERTIFICATE OF SERVICE

I, RODNEY MARTIN, do hereby CERTIFY that a true and correct copy of the foregoing has been furnished to all parties of record as known to me and listed below by U.S. Postal Service, postage prepaid on this the 21th day of December, 2007; and consultation was held or attempted in good faith without resolution.

| | |
|---|---|
| D ANDREW BYRNE<br>PHILLIPS, NIZER, LLP<br>666 5TH AVENUE<br>NEW YORK, NY 10103 | ARLO SMITH<br>  Matthew Sawyer<br>66 San Fernando Way<br>San Francisco, Ca 94127 |
| JACKSON MAYNARD JR<br>605 Suwannee St. Ste.MS58<br>Tallahassee, Fl 32399 | THEODORE WEILL<br>UNIVERSAL WEARPARTS<br>142 Old Hwy 98 West<br>Tylertown, Ms 39667 |
| JANELLE SKINNER-WEILL<br>WINAN' WICHAPI TO INC.<br>HC 75 Box 222<br>Merriman, Nebraska 69218 | |
| RUBEN HERNANDEZ<br>309 Exeter St.<br>Oldsmar, Fl 34667 | |
| BEVERLY KENNEDY<br>3961 Merrill Rd<br>Dallas, Tx 75229 | |
| | |

WITNESS MY SIGNATURE,

_____
Rodney Martin, Plaintiff Pro Se

_12-21-07_____
Date