IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO, CALIFORNIA

**RODNEY MARTIN**

**Plaintiff,**

vs.                                                      CASE NO: <u>CV 07-5747</u>

**D. ANDREW BYRNE**
**ET AL**

**Defendants.**
_____/

### EMERGENCY

### MOTION TO STRIKE JOINDER MOTION TO DISMISS

1. Rodney Martin, Pro Se, respectfully moves to strike a pleading seeking to

   Join the following parties in a purported Motion to Dismiss:

   Beverly Kennedy

   R.I. Refrigeration Supply Inc.

   Ruben Hernandez

2. The Joinder Motion should be struck as it attempts to Join Parties to (2)

   Pleadings that are defective, as identified in Plaintiff's current pending

   motion to Strike a purported Motion to Dismiss that names parties not a

   party to this matter and cancel the Hearing scheduled for the matter.



3. R.I. Refrigeration Supply has not been served with process in this matter nor has waived service in this matter.

4. The court is also asked to take Judicial Notice that a Certificate of Service for the defective Motion to Dismiss and Memorandum in Support of Motion to Dismiss was not filed with the defective motion and was filed after the fact, which was pointed out in Plaintiff's Motion to Strike said Motion and Memorandum.

5. The Court is also called attention to the fact that no Entry of Appearance has been filed in this case prior to the submittal of Pleadings.

6. Because the Joinder Motion attempts to join parties to a Motion that is inherently defective and that itself must be struck and that one of the parties in the Joinder Motion has not been served with Process nor has waived Service, the Joinder Motion, like the Motion to Dismiss and Memorandum in Support, must be struck, and the Hearing canceled.

7. The Court is requested to instruct counsel for the defendants to enter the requisite Entry of Appearance, Waiver of Service and to consult with Plaintiff in accordance with Local Rules and in accordance with ADA as Plaintiff is handicap and requires additional accommodation.

In consideration of the aforementioned, Plaintiff hereby requests this honorable court grant the relief sought in this pleading.

Respectfully submitted,

*[signature]* 12-21-07

Rodney Martin

P.O. Box 1591

El Cerrito, Ca 94530

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA CASE NO: CV 07-05747 EMC

## CERTIFICATE OF SERVICE

I, RODNEY MARTIN, do hereby CERTIFY that a true and correct copy of the foregoing has been furnished to all parties of record as known to me and listed below by U.S. Postal Service, postage prepaid on this the 20th day of December, 2007; and consultation was held or attempted in good faith without resolution.

| | |
|---|---|
| D ANDREW BYRNE<br>PHILLIPS, NIZER, LLP<br>666 5TH AVENUE<br>NEW YORK, NY 10103 | ARLO SMITH<br>Matthew Sawyer<br>66 San Fernando Way<br>San Francisco, Ca 94127 |
| JACKSON MAYNARD JR<br>605 Suwannee St. Ste.MS58<br>Tallahassee, Fl 32399 | THEODORE WEILL<br>UNIVERSAL WEARPARTS<br>142 Old Hwy 98 West<br>Tylertown, Ms 39667 |
| JANELLE SKINNER-WEILL<br>WINAN' WICHAPI TO INC.<br>HC 75 Box 222<br>Merriman, Nebraska 69218 | |
| RUBEN HERNANDEZ<br>309 Exeter St.<br>Oldsmar, Fl 34667 | |
| BEVERLY KENNEDY<br>3961 Merrill Rd<br>Dallas, Tx 75229 | |

WITNESS MY SIGNATURE,

_____    12-21-07
Rodney Martin, Plaintiff Pro Se        Date