**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2034




RICHARD W. WIEKING
CLERK OF COURT

January 3, 2008

Rodney Martin
P. O. Box 1591
El Cerrito, CA 94530

D.Andrew Byrne
Phillips, Nizer, LLP
666 5th Avenue
New York,NY 10103

Jackson Maynard, Jr.
605 Suwannee St., Suite MS58
Tallahassee, FL 32399

**Re: C07-5747EMC Martin v. Byrne, et al.**

Dear Parties:

This matter has been assigned to Magistrate Judge Edward M. Chen for all purposes including trial.

Pursuant to 28 U.S.C. §636(c), the magistrate judges of this district have been designated by this Court to conduct any and all proceedings in a civil case including a jury or non-jury trial and to order the entry of a final judgment, upon the consent of all parties. A signed consent to the jurisdiction of the Magistrate Judge must be filed before consideration of any dispositive motion filed by either party.

A review of the file discloses that the Consent to Proceed Before a United States Magistrate has not been filed in this case. Please sign and return **one** of the enclosed forms documenting either: (1) your consent or (2) request for reassignment and return it to the Court by **1/17/08.** If you do not consent, your case will be reassigned to a District Court Judge. You are free to withhold consent to this Court and request reassignment to a district judge without any
adverse substantive consequences.

Thank you.

RICHARD W. WIEKING

By: Betty Fong
Deputy Clerk

Enclosure

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODNEY MARTIN, et al.,

Plaintiffs,

v.

D. ANDREW BYRNE, et al.,

Defendants.
_____________________________________/

Case No. C07-5747 EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _______________________

________________________________
Signature
Counsel for: ____________________
(Name of party or indicate "pro se")

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODNEY MARTIN, et al.,

Plaintiffs,

v.

D. ANDREW BYRNE, et al.,

Defendants.
_____________________________________/

Case No. C07-5747 EMC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _________________________

_______________________________
Signature
Counsel for _____________________
(Name of party or indicate "pro se")