```
1    ARLO H. SMITH #96971
2    66 San Fernando Way
3    San Francisco, CA 94127
4    (415) 681-9572
5
6    Attorney for  Matthew D. Sawyer
7    Beverly Kennedy
8    Ruben Hernandez, Jr.
9    R.I. Refrigeration Supply Co., Inc.
10   Janele Skinner-Weill, Winan' Wichapi
11   To, Inc., Theodore C. Weill,
12   Terry P. Weill
13   Universal Wearparts, Inc.
14
15
16              U.S. District Court, Northern District of California
17
18   Rodney Martin et al.                 NO. CV 07-05747 EMC
19
20        Plaintiffs                      **OBJECTION TO PURPORTED**
21                                        **MOTIONS OF PLAINTIFF TO**
22                                        **STRIKE DEFENSE PLEADINGS**
23                                        **AND/OR ENTER DEFAULT**
24                                        **JUDGMENT**
25   vs.
26
27
28   D. Andrew Byrne et al.,
29                                        Hearing: Jan. 23, 2008
30        Defendants                               10:30 AM
31   _____              Courtroom C
32                                                Magistrate Chen
33
34
35         Defendants object to various motions purportedly filed by plaintiff for the
36
37   following reason:  Though this case is subject to mandatory electronic filing,
38
39   plaintiff failed to electronically file said pleadings, thereby preventing defense
40
41   counsel for obtaining or reviewing same online.  At the same time, plaintiff has
42
43   failed to serve said pleadings on defense counsel by other methods, and has
44
45   failed to file certificates of service demonstrating proper service.  Since defense
46
47   counsel has not been properly served he cannot and will not respond to said
```

1
2  motions on their merits.
3
4
5       DATED: 1/9/08
6                                    _____
7                                    ARLO H. SMITH , Attorney for Matthew D.
8                                    Sawyer, Beverly Kennedy, Ruben Hernandez,
9                                    Jr. , R.I. Refrigeration Supply Co., Inc.
10                                   Janele Skinner-Weill, Winan' Wichapi
11                                   To, Inc., Theodore C. Weill,
12                                   Terry P. Weill, Universal Wearparts, Inc.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47