**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking    General Court Number
Clerk    415.522.2000

**January 15, 2008**

CASE NUMBER:  CV 07-05747 EMC
CASE TITLE:  RODNEY MARTIN-v-D ANDREW BYRNE

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable CLAUDIA WILKEN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/15/08

FOR THE EXECUTIVE COMMITTEE:

_____
　　　　　　　　　　　　　　Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies        Special Projects
Log Book Noted        Entered in Computer 1/15/08AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel        Transferor CSA