ARLO H. SMITH #96971
66 San Fernando Way
San Francisco, CA 94127
(415) 681-9572

Attorney for  Matthew D. Sawyer
Beverly Kennedy
Ruben Hernandez, Jr.
R.I. Refrigeration Supply Co., Inc.
Janele Skinner-Weill, Winan' Wichapi
To, Inc., Theodore C. Weill,
Terry P. Weill
Universal Wearparts, Inc.

U.S. District Court, Northern District of California

| | |
|---|---|
| Rodney Martin et al. | NO. CV 07-05747 CW |
| Plaintiffs | **AMENDED NOTICE OF MOTION TO DISMISS** |
| vs. | |
| | **[FRCP 12(b)(1), (2), (3) & (6)]** |
| D. Andrew Byrne et al., | Hearing:  Feb. 21, 2008 |
| Defendants | 2:00 PM |
| | Courtroom 2 |

Notice is hereby that on January 23, 2008, at  2:00 PM, Courtroom 2, 4th Floor, 1301 Clay St., Oakland, CA, defendants listed in the above caption will move for dismissal of this action, or in the alternative, for abstention under the doctrine of forum nonconveniens.

Said motion will be made on the following grounds:

(1)    This court lacks subject matter jurisdiction over this dispute, which is within the sole jurisdiction of the Federal Election Commission ("FEC") FRCP 12 (b) (1).

(2) This court lacks personal jurisdiction over defendant, who is a resident of Texas and who lacks minimum contacts with CA. Assuming *arguendo*, that minimum contacts did exist California. Would not be a convenient forum. FRCP 12 (b) (2)

(3) This court lacks venue over this dispute since no defendant resides in CA, and the claim did not arise in CA. FRCP 12 (b) (3)

(4) Defendant has failed to state a claim upon which relief can be based, including but not limited to the following issues:

(a) The FEC has exclusive jurisdiction over this dispute.

(b) The requisite allegations of distinctive, directness and predicate acts necessary to support a RICO claim are lacking

(c ) Defendant has alleged a conspiracy between three attorneys and their clients but has not complied with the pre-filing judicial approval requirements of California Civil Code 1714.10

(d) The action is barred by California Code of Civil Procedure Section 425.16, since it is brought against defendants for engaging in constitutionally-protected activities, including litigation, and plaintiff cannot factually show a reasonable probability of prevailing on such claims. FRCP 12 (b) (6)

Said motion is made on the basis of this notice, the files, records and papers herein (including the previously filed memorandum in support of said motion, and such other and further matters as may be offered at or before said hearing.

| | |
|---|---|
| 1   DATED: 1/16/08 | |
| 2 | _____ |
| 3 | ARLO H. SMITH , Attorney for Matthew D. |
| 4 | Sawyer, Beverly Kennedy, Ruben Hernandez, |
| 5 | Jr. , R.I. Refrigeration Supply Co., Inc. |
| 6 | Janele Skinner-Weill, Winan' Wichapi |
| 7 | To, Inc., Theodore C. Weill, |
| 8 | Terry P. Weill, Universal Wearparts, Inc. |

3