IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO, CALIFORNIA

FILED
JAN 14 PM 1:22
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

**RODNEY MARTIN**

**Plaintiff,**

vs.                                                          CASE NO: <u>CV 07-5747</u> E/la CW

**D. ANDREW BYRNE**
**ET AL**

**Defendants.**

_____/

## MOTION TO DISMISS /NON-SUIT DEFENDANTS FROM ACTION

1. Rodney Martin, Pro Se, respectfully moves this honorable court for dismissal of this action against defendants:

    Charles Foster

    Rebecca Foster

    R.I. Refrigeration Supply Inc.

    David Richardson

Defendants Charles and Rebecca Foster are no longer aligned with the activities outlined in the complaint. Defendant R.I. Refrigeration Supply and David Richardson has signaled the desired of the same.

The court is advised that services has not been perfected with these defendants, accordingly, Plaintiff notifies the court the aforementioned defendants are withdrawn from this action.

Respectfully submitted,

*[signature]* 1-12-08

Rodney Martin

P.O. Box 1591

El Cerrito, Ca  94530

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA CASE NO: CV 07-05747 EMC

## CERTIFICATE OF SERVICE

I, RODNEY MARTIN, do hereby CERTIFY that a true and correct copy of the foregoing has been furnished to all parties of record as known to me and listed below by U.S. Postal Service, postage prepaid on this the 12th day of January, 2008; and consultation was held or attempted in good faith without resolution.

| | |
|---|---|
| D ANDREW BYRNE<br>PHILLIPS, NIZER, LLP<br>666 5TH AVENUE<br>NEW YORK, NY  10103 | ARLO SMITH<br> Matthew Sawyer<br>66 San Fernando Way<br>San Francisco, Ca  94127 |
| JACKSON MAYNARD JR<br>605 Suwannee St.  Ste.MS58<br>Tallahassee, Fl  32399 | THEODORE WEILL<br>UNIVERSAL WEARPARTS<br>142 Old Hwy 98 West<br>Tylertown, Ms  39667 |
| JANELLE SKINNER-WEILL<br>WINAN' WICHAPI TO INC.<br>HC 75  Box 222<br>Merriman, Nebraska  69218 | |
| RUBEN HERNANDEZ<br>309 Exeter St.<br>Oldsmar, Fl  34667 | |
| BEVERLY KENNEDY<br>3961 Merrill Rd<br>Dallas, Tx  75229 | |
| | |

WITNESS MY SIGNATURE,

_____    /-12-08
Rodney Martin, Plaintiff Pro Se         Date