IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO, CALIFORNIA

**RODNEY MARTIN**

**Plaintiff,**

vs.                                    CASE NO: CV 07-5747

**D. ANDREW BYRNE**
**ET AL**

**Defendants.**

FILED
JAN 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## ORDER GRANTING
### MOTION TO DISMISS /NON-SUIT DEFENDANTS FROM ACTION

1. Rodney Martin, Pro Se, respectfully moves this honorable court for dismissal of this action against defendants:

    Charles Foster

    Rebecca Foster

    R.I. Refrigeration Supply Inc.

    David Richardson

Defendants Charles and Rebecca Foster are no longer aligned with the activities outlined in the complaint. Defendant R.I. Refrigeration Supply and David Richardson has signaled the desired of the same.

███████████████████████████████████████

The court is advised that services has not been perfected with these defendants, accordingly, Plaintiff notifies the court the aforementioned defendants are withdrawn from this action.

Respectfully submitted,

*[signature]* 1-12-08

Rodney Martin

P.O. Box 1591

El Cerrito, Ca 94530

JAN 2 5 2008

IT IS SO ORDERED:

*[signature]*

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARTIN et al,

        Plaintiff,

v.

BYRNE et al,

        Defendant.

Case Number: CV07-05747 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodney Martin
P.O. Box 1591
El Cerrito, CA 94530

Dated: January 25, 2008

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk