IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO, CALIFORNIA

FILED
2008 FEB 19 AM 10: 21
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RODNEY MARTIN

Plaintiff,

vs.                                                        CASE NO: CV 07-5747-CW

D. ANDREW BYRNE
ET AL

Defendants.
_____/

### PLAINTIFF'S MOTION TO DISMISS CASE

Rodney Martin, Pro Se, respectfully moves for immediate dismissal of this action on Plaintiffs motion with all parties to pay their own costs.

Respectfully submitted,

_____  2-18-08

Rodney Martin        Date

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA CASE NO: CV 07-05747 EMC

## CERTIFICATE OF SERVICE

I, RODNEY MARTIN, do hereby CERTIFY that a true and correct copy of the foregoing has been furnished to all parties of record as known to me and listed below by U.S. Postal Service, postage prepaid on this the 19th day of February, 2008; and consultation was held or attempted in good faith without resolution.

| | |
|---|---|
| D ANDREW BYRNE<br>PHILLIPS, NIZER, LLP<br>666 5TH AVENUE<br>NEW YORK, NY  10103 | ARLO SMITH<br> Matthew Sawyer<br>66 San Fernando Way<br>San Francisco, Ca  94127 |
| JACKSON MAYNARD JR<br>605 Suwannee St.  Ste.MS58<br>Tallahassee, Fl  32399 | THEODORE WEILL<br>UNIVERSAL WEARPARTS<br>142 Old Hwy 98 West<br>Tylertown, Ms  39667 |
| JANELLE SKINNER-WEILL<br>WINAN' WICHAPI TO INC.<br>HC 75  Box 222<br>Merriman, Nebraska  69218 | |
| RUBEN HERNANDEZ<br>309 Exeter St.<br>Oldsmar, Fl  34667 | |
| BEVERLY KENNEDY<br>3961 Merrill Rd<br>Dallas, Tx  75229 | |
| | |

WITNESS MY SIGNATURE,

_____           2-18-08
Rodney Martin, Plaintiff Pro Se        Date

