Rodney Martin
P.O. Box 1591
El Cerrito, CA 94530

CV07-05747 CW

