OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CALIFORNIA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
APR 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Rodney Martin
P.O. Box 1591
El Cerrito, CA 94530

CV07-05747 CW



NIXIE       945 DE 1         00  04/22/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 94612521299            *1605-07694-08-41*